FILED: November 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4712

(2:13-cr-00049-JPB-JSK-3)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

MELVIN SANDERS, a/k/a Cool

       Defendant - Appellant

_____

O R D E R

_____

The court denies the motion for extension of time without prejudice to refiling the motion, if necessary, after the opening brief is filed.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk